IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FREDRICK A. MOORE, JR., | : | Case No. 3:13-cv-147 |
| Plaintiff, | | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| LABOR READY, | | |
| Defendant. | : | |

___

**ORDER DENYING PLAINTIFF'S *PRO SE* MOTION (DOC. 8)**
___

This is a *pro se* case for which the Court previously recommended dismissal as frivolous pursuant to 28 U.S.C. § 1915. *See* doc. 5. The Court's R&R recommending dismissal is now pending review before Judge Rice.

Since issuing the R&R, *pro se* Plaintiff has filed two motions. The first motion (doc. 7) was denied earlier this week, as it lacked a memorandum in support. *See* doc. 9.

Now before the Court is a second motion (doc. 8). Despite having construed the second motion liberally and in Plaintiff's behalf, *see Boswell v. Mayer*, 169 F.3d 384, 387-88 (6th Cir. 1999), the Court is unable to determine the basis for the motion or the relief *pro se* Plaintiff seeks. Given that the motion thus appears frivolous, it is **DENIED**.

**IT IS SO ORDERED.**

May 30, 2013                                               s/ **Michael J. Newman**
                                                                 United States Magistrate Judge